#8874550 nov/las/sdf

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 10-54833 |
| | ) | |
| ANDREA LYNN LEWIS | ) | CHAPTER 13 PROCEEDING |
| | ) | |
| DEBTOR | ) | JUDGE MARILYN SHEA-STONUM |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

Now comes BFG Federal Credit Union, by and through counsel, and states that it objects to confirmation of the Debtor's Chapter 13 Plan for the following reasons:

Objecting Creditor states that it has a secured claim against the Debtor and that the proposed Plan fails to properly list and provide for said claim. This claim is secured by a 2004 Chevrolet Venture with a value of $7,975.00.

WHEREFORE, BFG Federal Credit Union prays this Court deny confirmation of the proposed Chapter 13 Plan.

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/ Scott D. Fink
Scott D. Fink, (0069022)
Attorney for BFG Federal Credit Union
Weltman, Weinberg & Reis Co., L.P.A.
323 W. Lakeside Avenue, Suite #200
Cleveland, OH 44113-1099
216-739-5644
ecfndoh@weltman.com

## CERTIFICATE OF SERVICE

A copy of the within Objection to Confirmation was mailed this 23rd day of November, 2010 to the Debtor, Andrea Lynn Lewis, 438 Weakland Rd., Mogadore, OH 44260, by regular United States Mail; Debtor's Attorney, Robert M. Whittington, Jr., Esq., served electronically at elkwhitt@neo.rr.com; and the Chapter 13 Trustee, Keith Rucinski, Esq., served electronically at krucinski@ch13akron.com.

    /s/ Scott D. Fink
Scott D. Fink, (0069022)
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for BFG Federal Credit Union