IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | CASE NO: 10-54833 |
| | Chapter 13 |
| Andrea Lynn Lewis | |
| Debtor(s). | Judge Marilyn Shea-Stonum |
| | DEBTOR'S RESPONSE TO OBJECTION TO CONFIRMATION OF PLAN |

    Now comes the above-captioned debtor, by and through the undersigned counsel, who responds as follows to an objection to confirmation of the debtor's plan filed by BFG Federal Credit Union, allegedly a creditor herein:

    1. BFG Federal Credit Union claims to hold a security interest in a 2004 Chevrolet Venture automobile owned by the debtor.

    2. The debtor, in her chapter 13 plan, proposes to bifurcate this creditor's claim so that this creditor will be paid $3,000.00, representing the value of the vehicle, plus interest at the rate of 5% per annum, as this creditor's allowed secured claim by way of a fixed monthly payment to be paid by the chapter 13 trustee in the amount of $89.91 per month. The balance of this creditor's claim is to be paid inside the plan by the chapter 13 trustee as a general unsecured claim.

    3. BFG Federal Credit Union has filed herein an objection to confirmation of the plan alleging, without any basis in reality for its assertion, that the vehicle has a value of $7,975.00.

    4. The debtor has obtained an appraisal of the vehicle, a copy of which is attached as Exhibit "A." This appraisal cites numerous condition problems with the vehicle including extensive damage to almost every part of its body. This appraisal states that the vehicle has a value of $2,000.00.

    5. The debtor states, therefore, that based on her appraisal, her proposed treatment of this creditor's claim is over-generous.

    6. The debtor therefore prays that this creditor's objection not be well taken and

overruled as frivolous.

    WHEREFORE, the debtor prays for the entry of an order denying and overruling the above-referenced objection to confirmation of BFG Credit Union at this party's expense and granting to the debtor such other and further relief as may be equitable and just.

                              Respectfully Submitted,

                              /s/ Robert M. Whittington, Jr. 0007851
                              159 S. Main St., Suite 1023
                              Akron, OH 44308
                              330 384 8484
                              fax 330 384 8953
                              elkwhitt@neo.rr.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing response was sent by electronic ECF notification this 15th day of December, 2010 to Scott D. Fink, attorney for BFG Federal Credit Union, Keith Rucinski, chapter 13 trustee and to the U.S. Trustee.

                              /s/ Robert M. Whittington, Jr.

| | |
|---|---|
| NAME – | ANDREA LEWIS |
| ADDRESS – | 438 WEEKLAND RD |
| PHONE # – | MOGADORE 44260 |
| VEHICLE – | 2004 CHEV VENTURE |
| VEN. # | 1GNDV03E44D118040 |
| MILES | 108268 |

| | | |
|---|---|---|
| MOTOR 4-6 OR 8 CYL | 4 CYL | |
| TRANS. AUTO OR MAN. | AUTO | |
| DRIVE – 2 WHEEL 4 WHEEL | 2 WHEEL | |
| A.C. | YES | |
| ELEC WINDOWS | YES | |
| POWER SEATS | NO | |
| REAR DEFOSTER | YES | |
| EXHAUST SYSTEM | O.K. | |
| SUN ROOF | NO. | |
| APPRAISAL | | REMARKS – CONDITION OF VEHICLE |
| 2000.00 | | ① TRANSMISSON NEEDS REPLACED. ② TIE ROD END RIGHT NEEDS REPLACED. ③ VEHICLE HAS EXISTENCE DAMAGE TO RIGHT SIDE – HOOD, FRONT BUMPER, RIGHT HEAD LAMP, RIGHT FENDER AND RIGHT FRONT DOOR. ④ NEEDS TIRES. |
| C. Lake | | DATE 1-10-10 |