**IT IS SO ORDERED.**

Dated:  12:08 PM  March 02 2011

*/s/ Marilyn Shea-Stonum*
MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-54833 |
| | ) | |
| ANDREA LYNN LEWIS, | ) | CHAPTER 13 |
| | ) | |
| DEBTOR(S) | ) | JUDGE MARILYN SHEA-STONUM |
| | ) | |
| | ) | ORDER OVERRULING OBJECTION TO |
| | ) | CONFIRMATION OF DEBTOR'S CHAPTER 13 |
| | ) | PLAN [DOCKET #15] |

In accordance with this Court's Oral Decision, rendered on March 2, 2011, which included findings of fact and conclusions of law pursuant to Bankruptcy Rules 7054 and 9021, the Court finds that the objection to confirmation of debtor's chapter 13 plan filed by BFG Federal Credit Union [docket #15] is not well taken and is, therefore, OVERRULED.

# # #

cc (via electronic mail):
ROBERT WHITTINGTON, counsel for debtor
SCOTT FINK, counsel for BFG Federal Credit Union
KEITH RUCINSKI, chapter 13 trustee